# United States District Court

## for

## Middle District of Alabama

RECEIVED
2005 JUL 22 A 9:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

### Petition for Warrant or Summons for Offender Under Bond Supervision

Name of Offender: Michael Eugene Maddox                                    Case Number: 3:04CR13-F

Name of Sentencing Judicial Officer: Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: June 14, 2005, awaiting to voluntary surrender. Date for voluntary surrender set for August 15, 2005

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon and Unlawful Possession of a Controlled Substance

Original Sentence: 63 Months with 3 years supervised release

Type of Supervision: Pre-Trial Bond Supervision          Date Supervision Commenced: February 20, 2005

Assistant U.S. Attorney: Verne Speirs                                Defense Attorney: Jennifer Anne Hart

---

## PETITIONING THE COURT

[x] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1. Mandatory Condition # 1, "The defendant shall not commit another federal, state, or local law while on release on this case." | On July 9, 2005, officers of the Opelika Police Department responded to a call by the defendant's spouse. The spouse alledged that the defendant had threatened to kill her. An incident report was filled out on the defendant for Domestic Violence against his wife. An investigation reveals that an incident report was filled out and and Maddox was never formally charged. The Opelika Police Department asked Maddox to leave the premises, which he did without incident. On July 19, 2005, the defendant stated that he and his spouse had engaged in a verbal confrontation after Maddox had caught her with another man. He stated that his spouse had locked him out of the house and had padlocked the door. |
| Viol. 2. 7u "The defendant shall report as soon as possible any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, traffic stop." | The defendant never notified the USPO of his contact with the Opelika Police Department July 9, 2005. Maddox did discuss the contact with law enforcement when I confronted him with the contact on July 19, 2005. |

U.S. Probation Officer Recommendation: As previously stated, the defendant has not been formally charged. However, due to the volatility of this type of incident, i.e. domestic violence, the unpredictability of human behavior, the defendant's current conviction of a firearms violation, and that he is awaiting voluntary surrender to the Bureau of Prisons, I strongly believe the best course of action is to have a warrant issued for the arrest of the defendant, his bond revoked, and for him to begin service of his sentence.

[ ]  The bond should be
  [X]  revoked.
  [ ]  continued

[ ]  The conditions of bond supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct

Executed on  7/21/05  By _____

M. Stanford Robinson
U.S. Probation Officer

Reviewed and approved: _____
Scott Wright
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7/22/05
Date