AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| MICHAEL EUGENE MADDOX | ) Case No: 3:04CR13-MEF-01 |
| | ) USM No: 11391-002 |
| Date of Previous Judgment: 6/16/2005 | ) Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___63___ months **is reduced to** ___51___.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  25           Amended Offense Level:  23
Criminal History Category:  IV         Criminal History Category:  IV
Previous Guideline Range:  84 to 105 months   Amended Guideline Range:  70 to 87 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X  Other (explain):   The recommended amended sentence consist of 51 months on counts 1 and 2 to be served concurrently.  This sentence takes into account the 3 level departure pursuant to Rule 35.

## III. ADDITIONAL COMMENTS

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated  6/16/2005   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  15 May 2009

Judge's signature  15 May 2009

Effective Date: _____
(if different from order date)

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title