UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **DOCKET NO. 3:04cr13-MEF-01** |
| | ) | |
| **MICHAEL EUGENE MADDOX** | ) | |

### ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

On January 28, 2010, a hearing was held regarding the petition to revoke the defendant's supervised release filed by the probation officer on December 18, 2009. Based upon the defendant's plea to violation number one contained in the petition, it is CONSIDERED and ORDERED that the term of release imposed on June 14, 2005, be MODIFIED to include the following:

> The defendant shall reside in a residential re-entry center (Dismas Charities Montgomery) maintained or under contract to the Federal Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility.

> The defendant shall refrain from the use or possession of any alcohol or drugs. The defendant shall enroll and participate in an alcohol abuse program and shall contribute to the costs of any treatment based on ability to pay and availability of third-party payments.

The defendant shall remain in the custody of the U. S. Marshal until bed space is available at Dismas Charities Montgomery. Upon notification of the available date, the probation officer is directed to advise the U. S. Marshals Service of the date that the defendant is to surrender to Dismas Charities, and the defendant shall be released to report directly to Dismas Charities.

Violation number two contained in the petition is dismissed based on the oral motion of the Assistant United States Attorney.

All other conditions imposed on June 14, 2005 shall remain in full force and effect.

**DONE** this 29th day of January, 2010.

_____
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE